No. 93–6095. HATLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6122. STEEN v. UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied.

No. 93–6128. BARAKETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6138. LOCKWOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6145. CROUSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6149. KEAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6181. MACK v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6193. HAUSE v. VAUGHT, DIRECTOR, HORRY COUNTY DETENTION CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6198. SIMS ET VIR v. SUBWAY EQUIPMENT LEASING CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6213. STANFORD v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 93–6221. JERMYN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–6249. BONACE v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 93–6255. STEINES ET UX. v. INTERNAL REVENUE SERVICE. C. A. 7th Cir. Certiorari denied.